FILED '08 OCT 10 11:37 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 07-1873 |
| * * * * * * * * * * * * * * * * * | * | 08-4629 |
| *This action relates to:* | * * | CIVIL ACTION NO. |
| BARRY BABIN and WENDY BABIN, et al | * * | SECTION "N" (4) |
| Plaintiffs, | * * | SECT. N MAG. 4 |
| Versus | * * | |
| Cavalier Home Builders, LLC, Dutchmen Manufacturing, Inc., Fleetwood Enterprises, Inc., Fleetwood Homes of Georgia, Inc., Fleetwood Canada, Ltd., Fleetwood Travel Trailers of Maryland, Inc., Forest River, Inc., Gulf Stream Coach, Inc., Keystone RV, Inc., KZRV, LP, Monaco Coach Corporation, Palomino RV, Pilgrim International, Inc., Recreation by Design, LLC, Starcraft RV, Inc., Stewart Park Homes, Inc., T&L Industries, Vanguard Industries, and Other, As Yet Unnamed, Travel Trailer Vendors To the Federal Emergency Management Agency | * * * * * * * * * * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF COLLATERAL PROCEEDINGS

NOW INTO COURT, through undersigned counsel, come plaintiffs, who suggest to this

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Court that there are collateral proceedings entitled, IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LIT., MDL No. 07-1873, which involves similar issues to this case.

Accordingly, plaintiffs desire that this case be transferred, pursuant to U.L.R. 3.1, to Section N of this Court.

Respectfully Submitted,

ANDRY LAW FIRM, LLC

_____
JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911