UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

CIVIL ACTION

NO: 07-md-1873
ALL MEMBER CASES

SECTION: "N" (4)

### RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a).

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 30th day of October 2008

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

OCT 3 1 2008

REALLOTTED TO
MAG. 5

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No ____